No. D–551.   IN RE DISBARMENT OF NICHOLS.   Disbarment entered.   [For earlier order herein, see 475 U. S. 1093.]

No. D–562.   IN RE DISBARMENT OF DRAKE.   It is ordered that Robert F. Drake, of Hattiesburg, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–563.   IN RE DISBARMENT OF JAMES.   It is ordered that Edith L. James, of Austin, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 85–5.   PENNSYLVANIA ET AL. *v.* DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL.   C. A. 3d Cir.   [Certiorari granted, 474 U. S. 815.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–129.   WIMBERLY *v.* LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI ET AL.   Sup. Ct. Mo.   [Certiorari granted, 475 U. S. 1118.]   Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 85–495.   ANSONIA BOARD OF EDUCATION ET AL. *v.* PHILBROOK ET AL.   C. A. 2d Cir.   [Certiorari granted, 474 U. S. 1080.]   Motions of Council on Religious Freedom, Catholic League for Religious and Civil Rights, American Jewish Congress, and General Conference of Seventh-day Adventists for leave to file briefs as *amici curiae* granted.

No. 85–608.   ILLINOIS *v.* KRULL ET AL.   Sup. Ct. Ill.   [Certiorari granted, 475 U. S. 1080.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–693.   ASAHI METAL INDUSTRY CO., LTD. *v.* SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY (CHENG SHIN RUBBER INDUSTRIAL CO., LTD., REAL PARTY IN INTEREST).   Sup. Ct. Cal.   [Certiorari granted, 475 U. S. 1044.]   Motion of California Manufacturers Association for leave to participate in oral argument as *amicus curiae* and for divided argument denied.